IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS ENRIQUE ALAMO | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 97-3022 |
| FREDERICK K. FRANK, THE | : | |
| DISTRICT ATTORNEY OF THE | : | |
| COUNTY OF PHILADELPHIA, THE | : | |
| ATTORNEY GENERAL OF THE | : | |
| STATE OF PENNSYLVANIA | : | |

## ORDER

AND NOW, this 27th day of September, 2012, upon consideration of Luis Enrique Alamo's motion for equitable relief under Federal Rule of Civil Procedure 60(b), it is **ORDERED** that the "Motion for Equitable Relief in the Exercise of this Court's Inherent Article III Powers and/or for Relief from Judgment" (paper no. 32) is **DENIED**.

        /s/ Norma L. Shapiro
                        J.